# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDITH MORALES, ) | Case No.: 2:12-cv-00038-GMN-PAL |
| ) | |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| ) | |
| FIRST AMERICAN TITLE COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court is Plaintiff Judith Morales' Motion for Temporary Restraining Order (ECF No. 6) and Motion to Request Court Extend Eviction Proceedings (ECF No. 8).

A plaintiff requesting injunctive relief in the form of a temporary restraining order must demonstrate "that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).  Plaintiff does not discuss any of these factors in her motion.  Similarly, Plaintiff's motions do not contain any points and authorities in support thereof, let alone a compelling argument for the Court to grant such extreme relief on an ex parte basis.  Failure to file points and authorities in support of the motion constitutes a consent to the denial of the motion under Local Rule 7-2(d).  Accordingly the Court denies both motions.

**IT IS HEREBY ORDERED** that Plaintiff Judith Morales' Motion for Temporary Restraining Order (ECF No. 7) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Request Court Extend Eviction Proceedings (ECF No. 8) is **DENIED**.

DATED this 23rd day of February, 2012.

_____
Gloria M. Navarro
United States District Judge